GEORGE HARRIS, INC., v. SAMUEL ALPER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 974.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

T. G. BENTON v. MARIAN S. BUCKLEY, Individually and as Administratrix of the Estate of HARRY H. STOOPS, Deceased, et al. T. G. BENTON v. NAT M. KAHN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, with leave to the defendants-appellants to appear generally within five days after service of order, on payment of said costs, and the costs awarded by the order of this court entered May 5, 1944. [See 267 App. Div. 974.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FREDA DAVIS, as Administratrix of the Estate of HARRY J. DAVIS, Deceased, v. A. DAVIS & SONS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. The time of the plaintiff to serve an amended complaint is extended to and including July 7, 1944, on payment of said costs, and the costs awarded by the order of this court entered May 5, 1944. [See 267 App. Div. 691.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

TRUBON PRODUCTS CORPORATION et al. v. BON PRODUCTS CORPORATION et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 979; post, p. 769.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EVELYN FREHE, an Infant, by FRED FREHE, Her Guardian ad Litem, v. FRED SCHILDWACHTER.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See 267 App. Div. 980.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Widening of Southern Boulevard and Other Streets in the Borough of The Bronx. SERVICE DINERS, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See 267 App. Div. 956.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TRUBON PRODUCTS CORPORATION et al. v. BON PRODUCTS CORPORATION et al.— Motion granted insofar as to extend the time of defendants to answer the complaint herein until ten days after service of order, on payment of the costs awarded by the order of this court entered May 19, 1944, and the ten dollars motion costs awarded by the order of this court entered June 16, 1944, denying defendants' motion for leave to appeal to the Court of Appeals or for a reargument herein. [See 267 App. Div. 979; ante, p. 769.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AMERICAN BREDDO CORPORATION et al. v. BENJAMIN GELLER et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. [See 267 App. Div. 982.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.